IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 18-119 |
| v. | [UNDER SEAL] |
| GENNADY NUDELMAN | |

ARRAIGNMENT PLEA

Defendant GENNADY NUDELMAN

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 __18_____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)